PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 3763223

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:17-20494-CR-ALTONAGA

**Request for Modifying the Conditions or Term of Supervision**
**With Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Legny Ramirez

Name of Sentencing Judicial Officer: The Honorable Cecilia M. Altonaga, United States District Judge, Miami, Florida

Date of Original Sentence: December 6, 2017

Original Offense:   Count 1: Importation of at Least 500 Grams of Cocaine into the United States, in violation of Title 21 U.S.C. §952(a), a Class B felony.

Original Sentence:   Twenty-four (24) months custody of the Bureau of Prisons, followed by five (5) years supervised release. Special conditions included, the defendant shall: 1) perform 100 hours of community service; and 2) if the defendant has any unpaid amount of restitution, fines or special assessments, the defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay. A $ 100.00 special assessment was ordered.

Type of Supervision: Supervised Release    Date Supervision Commenced: March 26, 2019

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

**The defendant shall reside at and participate in the Residential Re-entry Center for a period not to exceed 180 days, or until otherwise released at the direction of the United States Probation Officer upon verification and approval of residence.**

### CAUSE

On August 2, 2018, the defendant arrived at Riverside Residential Reentry Center (RRC) as part of his Bureau of Prisons sentence.

On March 26, 2019, the defendant is scheduled to be released from the Bureau of Prisons. The defendant does not have any family or financial support in the Southern District of Florida. Therefore, the defendant will be homeless.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 3763223

The defendant reported prior to his incarceration, he was residing in Santo Domingo, Dominican Republic. The defendant is unemployed.

The defendant is in need of a stable residence in order to allow him to transition into the community in a safe manner. This officer was unsuccessful in securing a bed for the defendant at a homeless shelter. Therefore, placing the defendant at the Residential Reentry Center (RRC) as part of his supervised release is the last option available to this officer and the defendant. The RRC would provide the defendant with the stability he needs, while he secures stable residence.

The defendant was presented with this information and consequently voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, agreeing to modify his conditions of release to reside at and participate in the RRC for a period of 180 days, or until otherwise released at the direction of the United States Probation Officer, upon verification and approval of residence.

**RECOMMENDATION:** As such, it is respectfully recommended Your Honor modify the conditions of supervised release allowing the defendant to reside at and participate in the Residential Re-entry Center for a period not to exceed 180 days, or until otherwise released at the direction of the United States Probation Officer, upon verification and approval of residence.

Respectfully submitted,

by: _____ Betty Menendez-Aponte  
Mar 12 2019 1:51 PM

Betty Menendez-Aponte, Senior  
United States Probation Officer  
Office: (305) 523-5317  
Cellular: (305) 967-0700  
Date: March 12, 2019

---

THE COURT ORDERS:

☐  No Action  
☒  The Modification of Conditions as Noted Above  
☐  Submit a Request for ☐ Warrant or ☐ Summons

_____  
Signature of Judicial Officer

March 13, 2019  
Date